Deborah A. Ferguson, Bar No. 5333
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, ID 83702
Tel.: (208) 484-2253
daf@fergusondurham.com

Michael J. Grygiel (*pro hac vice* pending)
Daniela Del Rosario Wertheimer (*pro hac vice* pending)
CORNELL LAW SCHOOL FIRST AMENDMENT CLINIC
Myron Taylor Hall
Ithaca, NY 14853
Tel.: (607) 255-8518
mjg395@cornell.edu
ddw83@cornell.edu

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **PENGUIN RANDOM HOUSE LLC**; **HACHETTE BOOK GROUP, INC.**; **HARPERCOLLINS PUBLISHERS LLC**; **MACMILLAN PUBLISHING GROUP, LLC**; **SIMON & SCHUSTER, LLC; SOURCEBOOKS LLC; THE AUTHORS GUILD; MALINDA LO; DAVID LEVITHAN; DASHKA SLATER; THE DONNELLY PUBLIC LIBRARY DISTRICT; CHRISTIE NICHOLS; OLIVIA LANZARA; J.E.**, by and through his mother and next friend Barbara Ersland; **BARBARA ERSLAND**; and **MELISA CULL**, <br><br> Plaintiffs, <br><br> v. <br><br> **RAÚL LABRADOR**, in his official capacity as Attorney General of the State of Idaho; **JAN BENNETTS**, in her official capacity as Ada County Prosecuting Attorney; **JUSTIN** | Case No. 25-cv-61 <br><br> **PLAINTIFFS' MOTION FOR LEAVE TO FILE AN OVERLENGTH BRIEF IN SUPPORT OF MOTION FOR A PRELIMINARY INJUNCTION** |

| |
|---|
| **COLEMAN**, in his official capacity as Nez Perce County Prosecuting Attorney; **BRIAN NAUGLE**, in his official capacity as Valley County Prosecuting Attorney; **JOHN OR JANE DOE**; and **THE EAGLE PUBLIC LIBRARY BOARD OF TRUSTEES,** a department of the **CITY OF EAGLE**, |
| Defendants. |

Plaintiffs Penguin Random House LLC, Hachette Book Group, Inc., HarperCollins Publishers LLC, Macmillan Publishing Group, LLC, Simon & Schuster, LLC, Sourcebooks LLC, The Authors Guild, Malinda Lo, David Levithan, Dashka Slater, The Donnelly Public Library District, Christie Nichols, Olivia Lanzara, J.E., by and through his mother and next friend Barbara Ersland, Barbara Ersland, and Melisa Cull (collectively "Plaintiffs"), by their attorneys, respectfully request leave to file an overlength brief. Plaintiffs' brief in support of their motion for a preliminary injunction will not exceed thirty-five pages.

Plaintiffs respectfully request this extension of brief length beyond the twenty pages permitted under Local Civil Rule 7.1(a)(2) due to the importance, impact, and complexity of Plaintiffs' motion to preliminarily enjoin enforcement of Idaho House Bill 710 ("HB 710"). Given that Plaintiffs are challenging the constitutional validity of HB 710 on several grounds, and because the impacts of HB 710 have already been felt by Plaintiffs and others across the state and country, Plaintiffs respectfully request that they be provided additional space to fully articulate the need for a preliminary injunction.

For the foregoing reasons, Plaintiffs seek leave to file a brief in support of their motion for preliminary injunction of no more than thirty-five pages.

Dated: February 4, 2025                                  Respectfully submitted,

                                                         By: /s/ Deborah A. Ferguson

                                    Deborah A. Ferguson
                                    FERGUSON DURHAM, PLLC

                                    Michael J. Grygiel
                                    Daniela del Rosario Wertheimer
                                    CORNELL LAW SCHOOL FIRST
                                    AMENDMENT CLINIC[1]

                                    *Attorneys for Plaintiffs*

---

[1] Clinic students Paul Janes, Celina Rivernider, and Alexander Strohl drafted portions of this complaint. The First Amendment Clinic is housed within Cornell Law School and Cornell University in Ithaca, NY. Nothing in this complaint should be construed to represent the views of these institutions, if any.