**JAN M. BENNETTS**
ADA COUNTY PROSECUTING ATTORNEY

**DAYTON P. REED**
Deputy Prosecuting Attorney
Civil Division
200 W. Front Street, Room 3191
Boise, ID  83702
Telephone:  (208) 287-7700
Facsimile:  (208) 287-7719
Idaho State Bar No. 10775
Email: civilpafiles@adacounty.id.gov

*Attorney for Ada County Prosecuting Attorney Jan M. Bennetts*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PENGUIN RANDOM HOUSE LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General for the State of Idaho, et al.,<br><br>Defendants. | Case No. 1:25-cv-0061-AKB<br><br>**ADA COUNTY PROSECUTING ATTORNEY JAN M. BENNETTS' MOTION TO DISMISS** |

Ada County Prosecuting Attorney Jan M. Bennetts moves under Federal Rule of Civil Procedure 12(b)(1) to dismiss the Complaint, dkt. 1, as against her. This motion is supported by the accompanying memorandum.

ADA COUNTY PROSECUTING ATTORNEY JAN M. BENNETTS' MOTION TO DISMISS–
PAGE 1

**DATED** this 26th day of February, 2025.

                                                           **JAN M. BENNETTS**
                                                           Ada County Prosecuting Attorney

By:   */s/ Dayton P. Reed*
        Dayton P. Reed
        Deputy Prosecuting Attorney

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of February, 2025, I served a true and correct copy of the foregoing *Ada County Prosecuting Attorney Jan M. Bennetts' Motion to Dismiss* electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Deborah A. Ferguson
Craig Durham
FERGUSON DURHAM, PLLC
daf@fergusondurham.com
chd@fergusondurham.com

Victor S. Villegas
LAKEY VILLEGAS LAW AND POLICY
victor@lvlawidaho.com

Daniela Del Rosario Wetheimer
CORNELL FIRST AMENDMENT CLINIC
ddw83@cornell.edu

Michael J. Grygiel
GREENBERG TRAURIG, LLP
grygielm@gtlaw.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated as follows:

N/A

By:   /s/ Chyvonne Tiedemann
      Legal Assistant

ADA COUNTY PROSECUTING ATTORNEY JAN M. BENNETTS' MOTION TO DISMISS–
PAGE 3