**BRIAN D. NAUGLE**
Valley County Prosecuting Attorney

BRIAN J. OAKEY
Chief Deputy Prosecuting Attorney
Idaho State Bar No. 6838
219 N. Main Street
PO Box 1350
Cascade, ID  83611
Telephone:  (208) 382-7120
Fax:          (208) 382-0005
valleypa@co.valley.id.us

*Attorney for Valley County Prosecuting Attorney Brian D. Naugle*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| PENGUIN RANDOM HOUSE, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | **Case No.  1:25-cv-00061-DCN** |
| | ) | |
| v. | ) | **VALLEY   COUNTY   PROSECUTING** |
| | ) | **ATTORNEY   BRIAN   D.   NAUGLE'S** |
| RAUL LABRADOR, in his official capacity as | ) | **MOTION TO DISMISS** |
| the Attorney General for the State of Idaho, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Defendant Valley County Prosecuting Attorney Brian D. Naugle moves the Court to dismiss

the above captioned matter as it relates to the Valley County Prosecuting Attorney for lack of subject

matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1). Plaintiffs lack standing to bring

this action against the Valley County Prosecuting Attorney. The grounds for this motion are set forth

in the Valley County Prosecuting Attorney's Memorandum in Support of the Motion to Dismiss filed

with this Motion.

**Dated** this 26th day of February, 2025.

**Brian D. Naugle**
Valley County Prosecuting Attorney

By:

Brian J. Oakey
Valley County Chief Deputy Prosecutor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of February, 2025, I served a true and correct copy of the foregoing *Memorandum in Support of the Valley County Prosecuting Attorney's Motion to Dismiss* electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Deborah A. Ferguson
FERGUSON DURHAM, PLLC
223 N. 6th St., Ste. 325
Boise, Idaho 83702
daf@fergusondurham.com

Michael J. Grygiel
Daniela del Rosario Wertheimer
Cornell Law School First Amendment Clinic
Myron Taylor Hall
Ithaca, New York 14853
mjg395@cornell.edu
ddw83@cornell.edu

James E.M. Craig
Aaron M. Green
Megan Anderson
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 83720
Boise, Idaho 83720-0010
james.craig@ag.idaho.gov
aaron.green@ag.idaho.gov
megan.anderson@ag.idaho.gov

Dayton P. Reed
Ada County Deputy Prosecuting Attorney
Civil Division
200 W. Front Street, Room 3191
Boise, Idaho 83702
civilpafiles@adacounty.id.gov

Bentley G. Stromberg
321 13th Street
P.O. Box 1510
Lewiston, Idaho 83501
bstromberg@clbrmc.com

Victor Vilegas
Lakey Villegas Law and Policy
141 East Carlton Ave.
Meridian, Idaho 83642
victor@LVLawIdaho.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated below:

N/A

By /Kathleen Wilson/
Kathleen Wilson
Valley County Prosecutor's Office