Victor Villegas [ISB No. 5680]
LAKEY VILLEGAS LAW AND POLICY
141 E. Carlton Ave.
Meridian, Idaho 83642
Office: (208) 908-4415
Fax: (208) 493-4610
Email: victor@lvlawidaho.com

*Attorneys for Defendant*
*The Eagle Public Library Board of Trustees*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **PENGUIN RANDOM HOUSE LLC; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS LLC; MACMILLAN PUBLISHING GROUP, LLC; SIMON & SCHUSTER, LLC; SOURCEBOOKS LLC; THE AUTHORS GUILD; MALINDA LO; DAVID LEVITHAN; DASHKA SLATER; THE DONNELLY PUBLIC LIBRARY DISTRICT; CHRISTIE NICHOLS; OLIVIA LANZARA; J.E.,** by and through his mother and next friend Barbara Ersland; **BARBARA ERSLAND;** and **MELISA CULL,**<br><br>Plaintiffs,<br><br>v.<br><br>**RAÚL LABRADOR,** in his official capacity as Attorney General of the State of Idaho; **JAN BENNETTS,** in her official capacity as Ada County Prosecuting Attorney; **JUSTIN COLEMAN,** in his official capacity as Nez Perce County Prosecuting Attorney; **BRIAN NAUGLE,** in his official capacity as Valley County Prosecuting Attorney; **JOHN OR JANE DOE;** and **THE EAGLE PUBLIC LIBRARY BOARD OF TRUSTEES,** a department of the **CITY OF EAGLE,**<br><br>Defendants. | Case No. 1:25-cv-61<br><br>**DEFENDANT THE EAGLE PUBLIC LIBRARY BOARD OF TRUSTEES' MOTION TO DISMISS** |

Defendant The Eagle Public Library Board of Trustees, by and through its counsel of record Lakey Villegas Law and Policy, moves pursuant to Rule 12(b)(1) to dismiss this action with prejudice for lack of subject matter jurisdiction.

DATED THIS 26th day of February, 2025.

LAKEY VILLEGAS LAW AND POLICY

By: */s/ Victor S. Villegas*_____
    Victor S. Villegas
    *Attorneys for Defendant*
    *The Eagle Public Library Board of Trustees*

<u>**CERTIFICATE OF SERVICE**</u>

     The undersigned, being sworn, says that on the 26th day of February, 2025, caused a true and correct copy of the foregoing to be served to each of the following individuals by the method indicated below:

Deborah A. Ferguson, Bar No. 5333
FERGUSON DURHAM, PLLC
daf@fergusondurham.com

Michael J. Grygiel
Daniela Del Rosario Wertheimer
CORNELL LAW SCHOOL FIRST
AMENDMENT CLINIC
mjg395@cornell.edu
ddw83@cornell.edu
*Attorneys for Plaintiffs*

☐ <u>U.S. Mail</u>
☐ <u>Facsimile</u>
☐ <u>Hand Delivery</u>
☒ <u>E-filing/Email</u>

               */s/ Sarah Smith*
               Paralegal