Bentley G. Stromberg
CLEMENTS, BROWN & McNICHOLS, P.A.
Attorneys at Law
bstromberg@clbrmc.com
tfitzmaurice@clbrmc.com
321 13th Street
Post Office Box 1510
Lewiston, Idaho 83501
(208) 743-6538
(208) 746-0753 (Facsimile)
ISB No. 3737

    *Attorneys for Defendant Justin Coleman*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PENGUIN RANDOM HOUSE LLC; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS LLC; MACMILLAN PUBLISHING GROUP, LLC; SIMON & SCHUSTER, LLC; SOURCEBOOKS LLC; THE AUTHORS GUILD; MALINDA LO; DAVID LEVITHAN; DASHKA SLATER; THE DONNELLY PUBLIC LIBRARY DISTRICT; CHRISTIE NICHOLS; OLIVIA LANZARA; J.E., by and through his mother and next friend Barbara Ersland; BARBARA ERSLAND; and MELISA CULL, <br><br>    Plaintiffs, <br><br> v. <br><br> RAUL LABRADOR, in his official capacity as Attorney General of the State of Idaho; JAN BENNETTS, in her official capacity as Ada County Prosecuting Attorney; JUSTIN COLEMAN, in his official capacity as Nez Perce County Prosecuting Attorney; BRIAN NAUGLE, in his official capacity as Valley | Case No. 1:25-cv-00061-DCN <br><br> DEFENDANT JUSTIN COLEMAN'S MOTION TO DISMISS |

DEFENDANT JUSTIN COLEMAN'S
MOTION TO DISMISS       - 1 -

County Prosecuting Attorney; JOHN OR )
JANE DOE; and THE EAGLE PUBLIC )
LIBRARY BOARD OF TRUSTEES, a )
department of the CITY OF EAGLE, )
                                                                   )
                    Defendants.                            )

Defendant, Justin Coleman, by and through his attorney of record, hereby moves, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, to dismiss plaintiff's claims against him based on lack of jurisdiction.

This Motion is supported by the Memorandum in Support of Defendant's Motion to Dismiss, filed herewith.

DATED this 26th day of February, 2025.

CLEMENTS, BROWN & McNICHOLS, P.A.


By   /s/ Bentley G. Stromberg
      BENTLEY G. STROMBERG
      Attorneys for Defendant Justin Coleman.

CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of February, 2025 I caused to be served a true and correct copy of foregoing by the methods indicated below, and addressed to the following:

| Deborah A. Ferguson<br>Craig Durham<br>FERGUSON DURHAM, PLLC<br>223 N. 6th Street, Suite 325<br>Boise, ID 83702<br>daf@fergusondurham.com<br>chd@fergusondurham.com | [X]   PACER<br>[ ]    U.S. MAIL<br>[ ]    ELECTRONIC MAIL<br>[ ]    FACSIMILE:<br>[ ]    HAND DELIVERED |
|---|---|
| Daniela Del Rosario Wertheimer<br>CORNELL LAW SCHOOL<br>FIRST AMENDMENT CLINIC<br>Myron Taylor Hall | [X]   PACER<br>[ ]    U.S. MAIL<br>[ ]    ELECTRONIC MAIL<br>[ ]    FACSIMILE: |

DEFENDANT JUSTIN COLEMAN'S
MOTION TO DISMISS                              - 2 -

| | |
|---|---|
| Ithaca, NY 14853<br>ddw83@cornell.edu | [ ]    HAND DELIVERED |
| Michael J. Grygiel<br>GREENBURG TRAURIG, LLP<br>54 State St., 6th Floor<br>Albany, NY 12207<br>grygielm@gtlaw.com | [X]    PACER<br>[ ]     U.S. MAIL<br>[ ]     ELECTRONIC MAIL<br>[ ]     FACSIMILE:<br>[ ]     HAND DELIVERED |
| Victor S. Villegas<br>LAKEY VILLEGAS LAW & POLICY<br>141 E. Carlton Ave.<br>Meridian, ID 83642<br>victor@lvlawidaho.com | [X]    PACER<br>[ ]     U.S. MAIL<br>[ ]     ELECTRONIC MAIL<br>[ ]     FACSIMILE:<br>[ ]     HAND DELIVERED |
| Dayton P. Reed<br>Ada County Prosecutor's Office<br>Civil Division<br>200 W. Front Street, Room 3191<br>Boise, ID 83702<br>dreed@adacounty.id.gov | [X]    PACER<br>[ ]     U.S. MAIL<br>[ ]     ELECTRONIC MAIL<br>[ ]     FACSIMILE:<br>[ ]     HAND DELIVERED |
| Brian J. Oakey<br>Idaho State Department of Agriculture<br>P.O. Box 790<br>Boise, ID 83701<br>boakey@co.valley.id.us | [X]    PACER<br>[ ]     U.S. MAIL<br>[ ]     ELECTRONIC MAIL<br>[ ]     FACSIMILE:<br>[ ]     HAND DELIVERED |

    /s/   Bentley G. Stromberg
        Bentley G. Stromberg