RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

AARON M. GREEN, ISB #12397
MEGAN ANDERSON, ISB #10094
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
aaron.green@ag.idaho.gov
megan.anderson@ag.idaho.gov

*Attorneys for Defendant Raúl Labrador*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| PENGUIN RANDOM HOUSE LLC et al.,<br><br>*Plaintiffs,*<br>*v.*<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, et al.,<br><br>*Defendants.* | Case No. 1:25-cv-00061-AKB<br><br>**DEFENDANT RAÚL LABRADOR'S MOTION TO DISMISS** |

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Raúl Labrador, by and through counsel of record, moves to dismiss this action with prejudice for lack of subject matter jurisdiction and failure to state a claim.

This Motion is supported by Defendant Raúl Labrador's Memorandum in Support of Motion to Dismiss, including attached exhibits, filed contemporaneously herewith.

DATED: February 26, 2025.

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

By: /s/ *Aaron M. Green*
AARON M. GREEN
Deputy Attorney General

*Attorney for Defendant Raúl Labrador*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 26, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Deborah A. Ferguson
daf@fergusondurham.com

Craig Durham
chd@fergusondurham.com

Michael J. Grygiel*
mjg395@cornell.edu

Daniela Del Rosario Wertheimer*
ddw83@cornell.edu

*Attorneys for Plaintiffs*
* *Pro hac vice*

Victor Villegas
victor@lvlawidaho.com
*Attorney for the City of Eagle and The Eagle Public Library Board*

Brian Oakey
boakey@co.valley.id.us
*Attorney for Brian Naugle, Valley County Prosecuting Attorney*

Dayton Reed
dreed@adacounty.id.gov
*Attorney for Jan Bennetts, Ada County Prosecuting Attorney*

Bentley Stromberg
bstromberg@clbrmc.com
*Attorney for Justin Coleman, Nez Perce County Prosecuting Attorney*

/s/ *Aaron M. Green*
Aaron M. Green