# Exhibit B

S 1381     <u>Materialmen's Liens.</u> S 1381 was HELD by unanimous consent of the committee.

S 1412     <u>Invalid Liens</u> - provides an expedient process to determine the validity of a lien. Fred Shoemaker, attorney for the Homebuilder's Association, stated that S 1412 does not substantively change the present law, it accelerates the procedural process of action on a spurious lien. Mr. Shoemaker provided the committee with several examples. He stated that since the losing party must pay the attorney's fees the number of contests would be limited. There is a prepared amendment to exempt a lien for labor, but Shoemaker questioned possible ambiguities arising concerning the definition of the employee.

Chairman Klein pointed out the limited time to serve the summons and set the trial stating that in many instances those requirements would be impossible to meet.

John Greenfield, AFL/CIO attorney, spoke in opposition to S 1412 objecting to the summary procedure and stating that S 1412 guts the effects of the mechanic's and materialmen's lien laws. Mr. Greenfield explained that this bill creates the right of a property owner to force a lien holder into court, the homeowner for example, would have as much time as he required to prepare the case and the lein holder would be faced with 7-day trial situation and possible attorney's fees.

Bob MacFarland, AFL/CIO, stated that S 1412 upsets the original concept of the lien laws.

Various amendments were discussed by the witnesses and the committee members.

MOTION     Senator Kinghorn moved to HOLD S 1412 for further amendments to be prepared; Senator Snow seconded; motion CARRIED with Senator Risch voting no.

H 618     Indecency and Obscenity - additional definitions, penalties, repeals conflicting statutes.
Gordon Nielson, Deputy Attorney General, provided the committee with background for H 618. He explained that six months after the passage of the Idaho law the Supreme Court ruled on the Miller case which conflicted with the Idaho law. The Governor asked the Attorney General to prepare a bill to conform the Idaho law with the Supreme Court decision.

MOTION     Senator Risch moved to refer H 618 out with a DO

        PASS recommendation; Senator Kinghorn seconded; motion CARRIED with Senator Batt voting no. Senator Kinghorn to sponsor.

H 620    Public Nuisances - redefenition. Gordon Nielson, Deputy Attorney General, explained to the committee that this bill up-dated the moral nuisance and public nuisance statutes in compliance with the Supreme Court decision regarding due process.

MOTION    Senator Hartvigsen moved to refer H 620 out with a DO PASS recommendation; Senator Risch seconded; motion CARRIED with Senator Batt voting no. Senator Yost to sponsor.

There being no further business before the committee, the meeting was adjourned.

_____    _____
Tari Rice, Secretary        Edith Miller Klein, Chairman