**JAN M. BENNETTS**
ADA COUNTY PROSECUTING ATTORNEY

**DAYTON P. REED**
Deputy Prosecuting Attorney
Civil Division
200 W. Front Street, Room 3191
Boise, ID  83702
Telephone:  (208) 287-7700
Facsimile:  (208) 287-7719
Idaho State Bar No. 10775
Email: civilpafiles@adacounty.id.gov

*Attorney for Ada County Prosecuting Attorney Jan M. Bennetts*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PENGUIN RANDOM HOUSE LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General for the State of Idaho, et al.,<br><br>Defendants. | Case No. 1:25-cv-0061-AKB<br><br>**ADA COUNTY PROSECUTING ATTORNEY JAN M. BENNETTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [DKT. 22]** |

Jan M. Bennetts, Ada County Prosecuting Attorney, opposes Plaintiffs' motion for preliminary injunction for the same reasons she identifies in support of her motion to dismiss (dkt. 27), including the memorandum in support of the motion to dismiss (dkt. 27-1) and any reply memorandum she may file in the future in support of the motion to dismiss. Those arguments and reasoning are incorporated into this opposition by this reference.

ADA COUNTY PROSECUTING ATTORNEY JAN M. BENNETTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [DKT. 22]– PAGE 1

In short, Plaintiffs lack standing and the Court lacks jurisdiction. Plaintiffs are not likely to succeed on their claims given a lack of standing to raise them; Plaintiffs are not likely to suffer irreparable harm from the Ada County Prosecuting Attorney where Plaintiffs have not alleged she has done or threatened to do anything to harm them; the balance of equities tip in favor of the Ada County Prosecuting Attorney, who is not alleged to have done anything at all; and a preliminary injunction without standing is not in the public interest. *See Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) (stating the standard for preliminary injunctions).

**DATED** this 6th day of March, 2025.

                                                      **JAN M. BENNETTS**
                                                      Ada County Prosecuting Attorney

By:   */s/ Dayton P. Reed*
        Dayton P. Reed
        Deputy Prosecuting Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of March, 2025, I served a true and correct copy of the foregoing *Ada County Prosecuting Attorney Jan M. Bennetts' Opposition to Plaintiffs' Motion for Preliminary Injunction [dkt. 22]* electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Deborah A. Ferguson<br>Craig Durham<br>FERGUSON DURHAM, PLLC<br>daf@fergusondurham.com<br>chd@fergusondurham.com | James E. M. Craig<br>Aaron M. Green<br>Megan Anderson<br>IDAHO ATTORNEY GENERAL'S OFFICE<br>james.craig@ag.idaho.gov<br>aaron.green@ag.idaho.gov<br>megan.anderson@ag.idaho.gov |
| Daniela Del Rosario Wetheimer<br>CORNELL FIRST AMENDMENT CLINIC<br>ddw83@cornell.edu | Brian Oakey<br>VALLEY COUNTY PROSECUTING ATTORNEY'S OFFICE<br>valleypa@co.valley.id.us |
| Michael J. Grygiel<br>GREENBERG TRAURIG, LLP<br>grygielm@gtlaw.com | Bentley Stromberg<br>CLEMENTS, BROWN & MCNICHOLS, P. A.<br>bstromberg@clbrmc.com |
| | Victor S. Villegas<br>LAKEY VILLEGAS LAW AND POLICY<br>victor@lvlawidaho.com |

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated as follows:

N/A

By:   /s/ Chyvonne Tiedemann
      Legal Assistant