Deborah A. Ferguson, Bar No. 5333
Craig Durham, Bar No. 6428
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, ID 83702
Tel.: (208) 484-2253
daf@fergusondurham.com
chd@fergusondurham.com

Michael J. Grygiel (*pro hac vice*)
Daniela Del Rosario Wertheimer (*pro hac vice*)
CORNELL LAW SCHOOL FIRST
AMENDMENT CLINIC
Myron Taylor Hall
Ithaca, NY 14853
Tel.: (607) 255-8518
mjg395@cornell.edu
ddw83@cornell.edu

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **PENGUIN RANDOM HOUSE LLC**; **HACHETTE BOOK GROUP, INC.**; **HARPERCOLLINS PUBLISHERS LLC**; **MACMILLAN PUBLISHING GROUP, LLC**; **SIMON & SCHUSTER, LLC**; **SOURCEBOOKS LLC**; **THE AUTHORS GUILD**; **MALINDA LO**; **DAVID LEVITHAN**; **DASHKA SLATER**; **THE DONNELLY PUBLIC LIBRARY DISTRICT**; **CHRISTIE NICHOLS**; **OLIVIA LANZARA**; **J.E.**, by and through his mother and next friend Barbara Ersland; **BARBARA ERSLAND**; and **MELISA CULL**,<br><br>                Plaintiffs,<br><br>    v.<br><br>**RAÚL LABRADOR**, in his official capacity as Attorney General of the State of Idaho; **JAN BENNETTS**, in her official capacity as Ada County Prosecuting Attorney; **JUSTIN** | Case No. 1:25-cv-00061-AKB<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR A CONSOLIDATED BRIEFING SCHEDULE FOR PRELIMINARY INJUNCTION AND MOTIONS TO DISMISS** |

**COLEMAN**, in his official capacity as Nez Perce County Prosecuting Attorney; **BRIAN NAUGLE**, in his official capacity as Valley County Prosecuting Attorney; **JOHN OR JANE DOE**; and **THE EAGLE PUBLIC LIBRARY BOARD OF TRUSTEES,** a department of the **CITY OF EAGLE**,

                Defendants.

By and through their counsel, Plaintiffs move the Court to order the following briefing schedule on their motion for preliminary injunction (Dkt. 22) and the Defendants' motions to dismiss (Dkts. 27, 29, 31, 32, and 36).

Plaintiffs request leave to file a single consolidated response brief to the Defendants' motions to dismiss which will also contain a reply in support of Plaintiffs' preliminary injunction motion on or before March 26th of no more than 45 pages.

The undersigned has contacted Defendants' counsel, and they do not object to this motion.

Dated: March 6, 2025

                Respectfully submitted,

By: /s/ Deborah A. Ferguson

    Deborah A. Ferguson
    Craig Durham
    FERGUSON DURHAM, PLLC

    Michael J. Grygiel
    Daniela del Rosario Wertheimer
    CORNELL LAW SCHOOL FIRST
    AMENDMENT CLINIC