Victor Villegas [ISB No. 5680]
Joseph F. Southers [ISB NO. 9568]
LAKEY VILLEGAS LAW AND POLICY
141 E. Carlton Ave.
Meridian, Idaho 83642
Office:  (208) 908-4415
Fax:  (208) 493-4610
Email: victor@lvlawidaho.com
         jsouthers@lvlawidaho.com

*Attorneys for Defendant*
*The Eagle Public Library Board of Trustees*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **PENGUIN RANDOM HOUSE LLC**; **HACHETTE BOOK GROUP, INC.**; **HARPERCOLLINS PUBLISHERS LLC**; **MACMILLAN PUBLISHING GROUP, LLC**; **SIMON & SCHUSTER, LLC**; **SOURCEBOOKS LLC**; **THE AUTHORS GUILD**; **MALINDA LO**; **DAVID LEVITHAN**; **DASHKA SLATER**; **THE DONNELLY PUBLIC LIBRARY DISTRICT**; **CHRISTIE NICHOLS**; **OLIVIA LANZARA**; **J.E.**, by and through his mother and next friend Barbara Ersland; **BARBARA ERSLAND**; and **MELISA CULL**,<br><br>        Plaintiffs,<br><br>v.<br><br>**RAÚL LABRADOR**, in his official capacity as Attorney General of the State of Idaho; **JAN BENNETTS**, in her official capacity as Ada County Prosecuting Attorney; **JUSTIN COLEMAN,** in his official capacity as Nez Perce County Prosecuting Attorney; **BRIAN NAUGLE**, in his official capacity as Valley County Prosecuting Attorney; **JOHN OR JANE DOE**; and **THE EAGLE PUBLIC** | Case No. 1:25-cv-61<br><br>**THE EAGLE PUBLIC LIBRARY BOARD OF TRUSTEES' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [DKT. 22]** |

**LIBRARY BOARD OF TRUSTEES,** a department of the **CITY OF EAGLE,**

                Defendants.

The Eagle Public Library Board of Trustees, a department of the City of Eagle, opposes Plaintiffs' Motion for preliminary injunction for the same reasons it identifies in support of its Motion to Dismiss (DKT. 31), including the memorandum in support of the motion to dismiss (DKT. 31-1) and any reply memorandum it may file in further support of its Motion to Dismiss. Those arguments and reasoning are fully incorporated into this opposition by this reference.

In short, Plaintiffs lack standing and the Court lacks jurisdiction. Plaintiffs are not likely to succeed on their claims given a lack of standing to raise them; Plaintiffs are not likely to suffer irreparable harm from The Eagle Public Library where Plaintiffs have not alleged that it has done or threatened to do anything to harm them; the balance of equities tip in favor of The Eagle Public Library Board of Trustees, who is not alleged to have done anything at all; and a preliminary injunction without standing is not in the public interest. See *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) (stating the standard for preliminary injunctions).

DATED this 10th day of March, 2025.

                                      LAKEY VILLEGAS LAW AND POLICY

                                      By: /s/ Victor S. Villegas
                                          Victor S. Villegas
                                          *Attorneys for The Eagle Public Library Board of Trustees*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 10, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Deborah A. Ferguson<br>daf@fergusondurham.com | James E. M. Craig<br>Aaron M. Green<br>Megan Anderson<br>*Attorneys for Defendant Raul Labrador* |
| Craig Durham<br>chd@fergusondurham.com | |
| Michael J. Grygiel*<br>mjg395@cornell.edu | Brian Oakey<br>boakey@co.valley.id.us<br>*Attorney for Brian Naugle, Valley County Prosecuting Attorney* |
| Daniela Del Rosario Wertheimer*<br>ddw83@cornell.edu | |
| *Attorneys for Plaintiffs* | Dayton Reed<br>dreed@adacounty.id.gov<br>*Attorney for Jan Bennetts, Ada County Prosecuting Attorney* |
| | Bentley Stromberg<br>bstromberg@clbrmc.com<br>*Attorney for Justin Coleman, Nez Perce County Prosecuting Attorney* |

                                                */s/ Sarah Smith*
                                                Paralegal