Bentley G. Stromberg
CLEMENTS, BROWN & McNICHOLS, P.A.
Attorneys at Law
bstromberg@clbrmc.com
321 13th Street
Post Office Box 1510
Lewiston, Idaho 83501
(208) 743-6538
(208) 746-0753 (Facsimile)
ISB No. 3737

*Attorneys for Defendant Justin Coleman*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PENGUIN RANDOM HOUSE LLC; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS LLC; MACMILLAN PUBLISHING GROUP, LLC; SIMON & SCHUSTER, LLC; SOURCEBOOKS LLC; THE AUTHORS GUILD; MALINDA LO; DAVID LEVITHAN; DASHKA SLATER; THE DONNELLY PUBLIC LIBRARY DISTRICT; CHRISTIE NICHOLS; OLIVIA LANZARA; J.E., by and through his mother and next friend Barbara Ersland; BARBARA ERSLAND; and MELISA CULL, <br><br>    Plaintiffs, <br><br> v. <br><br> RAUL LABRADOR, in his official capacity as Attorney General of the State of Idaho; JAN BENNETTS, in her official capacity as Ada County Prosecuting Attorney; JUSTIN COLEMAN, in his official capacity as Nez Perce County Prosecuting Attorney; BRIAN | Case No. 1:25-cv-00061-DCN <br><br> COLEMAN'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

COLEMAN'S MEMORANDUM IN
OPPOSITION TO PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION            - 1 -

| | |
|---|---|
| NAUGLE, in his official capacity as Valley County Prosecuting Attorney; JOHN OR JANE DOE; and THE EAGLE PUBLIC LIBRARY BOARD OF TRUSTEES, a department of the CITY OF EAGLE, | ) ) ) ) ) ) |
| Defendants. | ) ) ) |

Defendant Justin Coleman opposes plaintiffs' request that the Court issue a preliminary injunction against him. As explained in his Memorandum in Support of Motion to Dismiss, plaintiffs lack standing to pursue <u>any</u> claim against him related to HB 710. The Complaint does not allege that Coleman had any role in enacting HB 710, has enforced HB 710, has threatened to enforce HB 710, has demanded that a single book be removed from any library, or has even commented on HB 710. Instead, it appears that Coleman is a defendant only because he is the Nez Perce County Prosecutor and because plaintiff J.E., who resides in Nez Perce County, is "concerned" or "worried" that J.E.'s <u>school library</u> – and not <u>Coleman</u> – may someday prevent him from having access to certain books. (Complaint, ¶¶'s 64-73). Therefore, plaintiffs are not likely to succeed against Coleman, and there is certainly no evidence that Coleman has or will take any action which will cause plaintiffs irreparable harm. Accordingly, there is no basis for the Court to enter a preliminary injunction against Coleman.

DATED this 11th day of March, 2025.

         CLEMENTS, BROWN & McNICHOLS, P.A.

       By   /s/ Bentley G. Stromberg
         BENTLEY G. STROMBERG
         Attorney for Defendant Justin Coleman

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of March, 2025 I caused to be served a true and correct copy of foregoing by the methods indicated below, and addressed to the following:

| | |
|---|---|
| Deborah A. Ferguson<br>Craig Durham<br>FERGUSON DURHAM, PLLC<br>223 N. 6th Street, Suite 325<br>Boise, ID 83702<br>daf@fergusondurham.com<br>chd@fergusondurham.com | [X] PACER<br>[ ] U.S. MAIL<br>[ ] ELECTRONIC MAIL<br>[ ] FACSIMILE:<br>[ ] HAND DELIVERED |
| Daniela Del Rosario Wertheimer<br>Cornell Law School First Amendment Clinic<br>Myron Taylor Hall<br>Ithaca, NY 14853<br>ddw83@cornell.edu | [X] PACER<br>[ ] U.S. MAIL<br>[ ] ELECTRONIC MAIL<br>[ ] FACSIMILE:<br>[ ] HAND DELIVERED |
| Michael J. Grygiel<br>GREENBURG TRAURIG, LLP<br>54 State St., 6th Floor<br>Albany, NY 12207<br>grygielm@gtlaw.com | [X] PACER<br>[ ] U.S. MAIL<br>[ ] ELECTRONIC MAIL<br>[ ] FACSIMILE:<br>[ ] HAND DELIVERED |
| Victor S. Villegas<br>LAKEY VILLEGAS LAW & POLICY<br>141 E. Carlton Ave.<br>Meridian, ID 83642<br>victor@lvlawidaho.com | [X] PACER<br>[ ] U.S. MAIL<br>[ ] ELECTRONIC MAIL<br>[ ] FACSIMILE:<br>[ ] HAND DELIVERED |
| Dayton P. Reed<br>Ada County Prosecutor's Office Civil Division<br>200 W. Front Street, Room 3191<br>Boise, ID 83702 | [X] PACER<br>[ ] U.S. MAIL<br>[ ] ELECTRONIC MAIL<br>[ ] FACSIMILE: |

| | | |
|---|---|---|
| dreed@adacounty.id.gov | [ ] | HAND DELIVERED |
| Brian J. Oakey | [X] | PACER |
| P.O. Box 790 | [ ] | U.S. MAIL |
| Boise, ID 83701 | [ ] | ELECTRONIC MAIL |
| boakey@co.valley.id.us | [ ] | FACSIMILE: |
| | [ ] | HAND DELIVERED |
| Aaron M. Green<br>James E. M. Craig<br>Megan Anderson<br>Idaho Office of the Attorney General<br>P.O. Box 83720 Boise, ID 83720<br>aaron.green@ag.idaho.gov<br>james.craig@ag.idaho.gov<br>megan.anderson@ag.idaho.gov | [X]<br>[ ]<br>[ ]<br>[ ]<br>[ ] | PACER<br>U.S. MAIL<br>ELECTRONIC MAIL<br>FACSIMILE:<br>HAND DELIVERED |

      /s/   Bentley G. Stromberg
      Bentley G. Stromberg

COLEMAN'S MEMORANDUM IN
OPPOSITION TO PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION        - 4 -