Bentley G. Stromberg
CLEMENTS, BROWN & McNICHOLS, P.A.
Attorneys at Law
bstromberg@clbrmc.com
tfitzmaurice@clbrmc.com
321 13th Street
Post Office Box 1510
Lewiston, Idaho 83501
(208) 743-6538
(208) 746-0753 (Facsimile)
ISB No. 3737

*Attorneys for Defendant Justin Coleman*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PENGUIN RANDOM HOUSE LLC; ) | |
| HACHETTE BOOK GROUP, INC.; ) | Case No. 1:25-cv-00061-AKB |
| HARPERCOLLINS PUBLISHERS LLC; ) | |
| MACMILLAN PUBLISHING GROUP, ) | DEFENDANT JUSTIN |
| LLC; SIMON & SCHUSTER, LLC; ) | COLEMAN'S RESPONSE TO |
| SOURCEBOOKS LLC; THE AUTHORS ) | ORDER TO SHOW CAUSE |
| GUILD; MALINDA LO; DAVID ) | |
| LEVITHAN; DASHKA SLATER; THE ) | |
| DONNELLY PUBLIC LIBRARY ) | |
| DISTRICT; CHRISTIE NICHOLS; OLIVIA ) | |
| LANZARA; J.E., by and through his mother ) | |
| and next friend Barbara Ersland; ) | |
| BARBARA ERSLAND; and MELISA ) | |
| CULL, ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| RAUL LABRADOR, in his official capacity ) | |
| as Attorney General of the State of Idaho; ) | |
| JAN BENNETTS, in her official capacity as ) | |
| Ada County Prosecuting Attorney; JUSTIN ) | |
| COLEMAN, in his official capacity as Nez ) | |
| Perce County Prosecuting Attorney; BRIAN ) | |

DEFENDANT JUSTIN COLEMAN'S
RESPONSE TO ORDER TO
SHOW CAUSE                                  - 1 -

NAUGLE, in his official capacity as Valley )
County Prosecuting Attorney; JOHN OR )
JANE DOE; and THE EAGLE PUBLIC )
LIBRARY BOARD OF TRUSTEES, a )
department of the CITY OF EAGLE, )
 )
     Defendants. )

  Defendant, Justin Coleman, by and through his attorney of record, hereby responds to the Court's June 13, 2025 Order to Show Cause as follows: Defendant does not oppose staying this matter pending resolution of the appeal in *Association of Independent Schools*, Case No. 25-2491.

  DATED this 20th day of June, 2025.

       CLEMENTS, BROWN & McNICHOLS, P.A.


      By  /s/ Bentley G. Stromberg  
        BENTLEY G. STROMBERG
        Attorneys for Defendant Justin Coleman.

## CERTIFICATE OF SERVICE

  I hereby certify that on the 20th day of June, 2025 I caused to be served a true and correct copy of foregoing by the methods indicated below, and addressed to the following:

| | |
|---|---|
| Deborah A. Ferguson<br>Craig Durham<br>FERGUSON DURHAM, PLLC<br>223 N. 6th Street, Suite 325<br>Boise, ID 83702<br>daf@fergusondurham.com<br>chd@fergusondurham.com | [X ] PACER<br>[  ] U.S. MAIL<br>[  ] ELECTRONIC MAIL<br>[  ] FACSIMILE:<br>[  ] HAND DELIVERED |
| Daniela Del Rosario Wertheimer<br>CORNELL LAW SCHOOL<br>FIRST AMENDMENT CLINIC<br>Myron Taylor Hall | [X ] PACER<br>[  ] U.S. MAIL<br>[  ] ELECTRONIC MAIL<br>[  ] FACSIMILE: |

DEFENDANT JUSTIN COLEMAN'S
RESPONSE TO ORDER TO
SHOW CAUSE      - 2 -

| | |
|---|---|
| Ithaca, NY 14853<br>ddw83@cornell.edu | [ ]    HAND DELIVERED |
| Michael J. Grygiel<br>GREENBURG TRAURIG, LLP<br>54 State St., 6th Floor<br>Albany, NY 12207<br>grygielm@gtlaw.com | [X]    PACER<br>[ ]     U.S. MAIL<br>[ ]    ELECTRONIC MAIL<br>[ ]    FACSIMILE:<br>[ ]    HAND DELIVERED |
| Victor S. Villegas<br>LAKEY VILLEGAS LAW &<br>POLICY<br>141 E. Carlton Ave.<br>Meridian, ID 83642<br>victor@lvlawidaho.com | [X]    PACER<br>[ ]     U.S. MAIL<br>[ ]    ELECTRONIC MAIL<br>[ ]    FACSIMILE:<br>[ ]    HAND DELIVERED |
| Dayton P. Reed<br>Ada County Prosecutor's Office<br>Civil Division<br>200 W. Front Street, Room 3191<br>Boise, ID 83702<br>dreed@adacounty.id.gov | [X]    PACER<br>[ ]     U.S. MAIL<br>[ ]    ELECTRONIC MAIL<br>[ ]    FACSIMILE:<br>[ ]    HAND DELIVERED |
| Brian J. Oakey<br>Valley County Prosecutor's Office<br>P.O. Box 1350<br>Cascade, ID 83611<br>boakey@co.valley.id.us | [X]    PACER<br>[ ]     U.S. MAIL<br>[ ]    ELECTRONIC MAIL<br>[ ]    FACSIMILE:<br>[ ]    HAND DELIVERED |
| Raul R. Labrador<br>James E. M. Craig<br>Aaron M. Green<br>Megan Anderson<br>Office of the Attorney General<br>P.O. Box 83720<br>Boise, ID 83720<br>james.craig@ag.idaho.gov<br>aaron.green@ag.idaho.gov<br>megan.anderson@ag.idaho.gov | [X]    PACER<br>[ ]     U.S. MAIL<br>[ ]    ELECTRONIC MAIL<br>[ ]    FACSIMILE:<br>[ ]    HAND DELIVERED |

/s/   Bentley G. Stromberg
Bentley G. Stromberg

DEFENDANT JUSTIN COLEMAN'S
RESPONSE TO ORDER TO
SHOW CAUSE                          - 3 -