**JAN M. BENNETTS**
ADA COUNTY PROSECUTING ATTORNEY

**DAYTON P. REED**
Deputy Prosecuting Attorney
Civil Division
200 W. Front Street, Room 3191
Boise, ID  83702
Telephone:  (208) 287-7700
Facsimile:  (208) 287-7719
Idaho State Bar No. 10775
Email: civilpafiles@adacounty.id.gov

*Attorney for Ada County Prosecuting Attorney Jan M. Bennetts*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PENGUIN RANDOM HOUSE LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General for the State of Idaho, et al.,<br><br>　　　　　Defendants. | Case No. 1:25-cv-00061-AKB<br><br>**ADA COUNTY PROSECUTING ATTORNEY JAN M. BENNETTS' RESPONSE TO ORDER TO SHOW CAUSE [DKT. 57]** |

　　　In response to the Court's Order to Show Cause, dkt. 57, Ada County Prosecuting Attorney Jan M. Bennetts indicates that she does not oppose a stay as described in that order.

　　　**DATED** this 25th day of June, 2025.

　　　　　　　　　　　　　　　　　　　　　　**JAN M. BENNETTS**
　　　　　　　　　　　　　　　　　　　　　　Ada County Prosecuting Attorney


　　　　　　　　　　　　　　　　　　By:　*/s/ Dayton P. Reed*
　　　　　　　　　　　　　　　　　　　　　Dayton P. Reed
　　　　　　　　　　　　　　　　　　　　　Deputy Prosecuting Attorney

ADA COUNTY PROSECUTING ATTORNEY JAN M. BENNETTS' RESPONSE TO ORDER TO SHOW CAUSE [DKT. 57]– PAGE 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of June, 2025, I served a true and correct copy of the foregoing *Ada County Prosecuting Attorney Jan M. Bennetts' Response to Order to Show Cause [dkt. 57]* electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Deborah A. Ferguson<br>Craig Durham<br>FERGUSON DURHAM, PLLC<br>daf@fergusondurham.com<br>chd@fergusondurham.com | Aaron Michael Green<br>James Edward Monroe Craig<br>Megan Claire Anderson<br>OFFICE OF THE IDAHO ATTORNEY GENERAL<br>aaron.green@ag.idaho.gov<br>james.craig@ag.idaho.gov<br>megan.anderson@ag.idaho.gov |
| Daniela Del Rosario Wetheimer<br>CORNELL FIRST AMENDMENT CLINIC<br>ddw83@cornell.edu | Victor S. Villegas<br>LAKEY VILLEGAS LAW AND POLICY<br>victor@lvlawidaho.com |
| Michael J. Grygiel<br>GREENBERG TRAURIG, LLP<br>grygielm@gtlaw.com | Bentley G. Stromberg<br>CLEMENTS, BROWN & MCNICHOLS, P.A.<br>bstromberg@clbrmc.com |
| Brian D. Naugle<br>Brian Oakey<br>VALLEY COUNTY PROSECUTING ATTORNEY<br>boakey@co.valley.id.us | |

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated as follows:

N/A

By:  /s/ Chyvonne Tiedemann
     Legal Assistant