**BRIAN D. NAUGLE**
Valley County Prosecuting Attorney

BRIAN J. OAKEY
Chief Deputy Prosecuting Attorney
219 N. Main Street
PO Box 1350
Cascade, ID  83611
Telephone:  (208) 382-7120
Fax:            (208) 382-0005
Idaho State Bar No. 6838
valleypa@co.valley.id.us

*Attorney for Valley County Prosecuting Attorney Brian D. Naugle*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PENGUIN RANDOM HOUSE, *et al.* | |
| Plaintiffs, | Case No. 1:25-cv-00061-DCN |
| v. | **VALLEY COUNTY PROSECUTING ATTORNEY BRIAN D. NAUGLE'S RESPONSE TO ORDER TO SHOW CAUSE** |
| RAUL LABRADOR, in his official capacity as the Attorney General for the State of Idaho, *et al.*, | |
| Defendants. | |

Defendant Valley County Prosecuting Attorney Brian D. Naugle, by and through his attorney of record, hereby responds to the Court's Order to Show Cause issued on June 13, 2025. The Valley County Prosecuting Attorney does not oppose a stay in the above captioned case as outlined in the Court's June 13th Order.

**Dated** this 26th day of June, 2025.

                                         **Brian D. Naugle**
                                         Valley County Prosecuting Attorney

By: _____
            Brian J. Oakey
            Valley County Chief Deputy Prosecutor

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of June, 2025, I served a true and correct copy of the foregoing *VALLEY COUNTY PROSECUTING ATTORNEY BRIAN D. NAUGLE'S RESPONSE TO ORDER TO SHOW CAUSE* electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Deborah A. Ferguson
FERGUSON DURHAM, PLLC
223 N. 6th St., Ste. 325
Boise, Idaho 83702
daf@fergusondurham.com

Michael J. Grygiel
Daniela del Rosario Wertheimer
Cornell Law School First Amendment Clinic
Myron Taylor Hall
Ithaca, New York 14853
mjg395@cornell.edu
ddw83@cornell.edu

James E.M. Craig
Aaron M. Green
Megan Anderson
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 83720
Boise, Idaho 83720-0010
james.craig@ag.idaho.gov
aaron.green@ag.idaho.gov
megan.anderson@ag.idaho.gov

Dayton P. Reed
Ada County Deputy Prosecuting Attorney
Civil Division
200 W. Front Street, Room 3191
Boise, Idaho 83702
civilpafiles@adacounty.id.gov

Bentley G. Stromberg
321 13th Street
P.O. Box 1510
Lewiston, Idaho 83501
bstromberg@clbrmc.com

Victor Vilegas
Lakey Villegas Law and Policy
141 East Carlton Ave.
Meridian, Idaho 83642
victor@LVLawIdaho.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated below:

N/A

By /s/ Kathleen Wilson
Kathleen Wilson
Valley County Prosecutor's Office