Victor Villegas [ISB No. 5680]
LAKEY VILLEGAS LAW AND POLICY
141 E. Carlton Ave.
Meridian, Idaho 83642
Office: (208) 908-4415
Fax: (208) 493-4610
Email: victor@lvlawidaho.com

*Attorneys for Defendant*
*The Eagle Public Library Board of Trustees*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| PENGUIN RANDOM HOUSE LLC, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, et al.,<br><br>　　Defendants. | Case No. 1:25-cv-00061-AKB<br><br>**DEFENDANT THE EAGLE PUBLIC LIBRARY BOARD OF TRUSTEES' RESPONSE TO ORDER TO SHOW CAUSE** |

**RESPONSE TO ORDER**

　　The Eagle Public Board Library Board of Trustees ("Eagle Library") by and through their attorney of record, Lakey Villegas Law and Policy, submits their Response to this Court's Order to Show Cause [Dkt. 57], dated June 13, 2025, why the instant case should not be stayed pending the appeal in *Northwest Association of Independent Schools., et al. v. Labrador, et al.,* Case No. 25-2491. Eagle Library opposes staying the instant case with respect to its pending Motion to Dismiss and for the reasons set forth herein.

　　First, Plaintiffs, in both cases, seek a preliminary injunction against enforcement of Idaho House Bill 710, which is the basis of the appeal in *Northwest*. However, Eagle Library has no enforcement authority under H.B. 710 like the Attorney General or County Prosecutors and,

DEFENDANT THE EAGLE PUBLIC LIBRARY BOARD OF TRUSTEES' RESPONSE TO ORDER TO SHOW CAUSE - 1

therefore, the Plaintiff Publishers and Authors in this case cannot demonstrate that Eagle Library could take action under H.B. 710 that amounts to a substantial threat of enforcement. Accordingly, there are grounds not at issue in *Northwest* for this Court to deny Plaintiffs' pending motion for preliminary injunction as to Eagle Library [Dkt. 22] and grant Eagle Library's pending motion to dismiss on the grounds that Plaintiffs lack standing.

Additionally, Plaintiff Cull lacks Article III standing to sue as a plaintiff because Cull's complaint against Eagle Library is a generalized grievance. In fact, Cull admitted in her declaration (Dkt. 22-2, ¶ 9) that she can and has checked out books that had been relocated by Eagle Library. Therefore, Cull has not demonstrated how she has suffered a particularized harm as required to satisfy the injury in fact element for standing.

## CONCLUSION

For the foregoing reasons, Eagle Library opposes the stay proposed by the Court because the outcome of the appeal in Northwest has no bearing on the adjudication of the Eagle Library's pending motion.

DATED: June 27, 2025.

                LAKEY VILLEGAS LAW AND POLICY

                By: /s/ *Victor S. Villegas*
                    Victor S. Villegas
                    *Attorneys for Defendant*
                    *The Eagle Public Library Board of Trustees*

## CERTIFICATE OF SERVICE

The undersigned, being sworn, says that on the 27th day of June, 2025, caused a true and correct copy of the foregoing to be served to each of the following individuals by electronic means, as more fully reflected on the Notice of Electronic Filing:

Deborah A. Ferguson
Craig Durham
FERGUSON DURHAM, PLLC
daf@fergusondurham.com
chd@fergusondurham.com

James E.M. Craig
Aaron M. Green
Megan Anderson
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 83720
Boise, Idaho 83720-0010
james.craig@ag.idaho.gov
aaron.green@ag.idaho.gov
megan.anderson@ag.idaho.gov

Bentley G. Stromberg
321 13th Street
P.O. Box 1510
Lewiston, Idaho 83501
bstromberg@clbrmc.com

Michael J. Grygiel
Daniela del Rosario Wertheimer
Cornell Law School First Amendment Clinic
Myron Taylor Hall
Ithaca, New York 14853
mjg395@cornell.edu
ddw83@cornell.edu

Brian J. Oakey
Chief Deputy Prosecuting Attorney
219 N. Main Street
PO Box 1350
Cascade, ID 83611
Telephone: (208) 382-7120
Fax: (208) 382-0005
Idaho State Bar No. 6838
valleypa@co.valley.id.us

Dayton P. Reed
Ada County Deputy Prosecuting Attorney
Civil Division
200 W. Front Street, Room 3191
Boise, Idaho 83702
civilpafiles@adacounty.id.gov

*/s/ Ryan Banks*
Paralegal