Deborah A. Ferguson, Bar No. 5333
Craig H. Durham, Bar No. 6428
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, ID 83702
Tel.: (208) 484-2253
daf@fergusondurham.com
chd@fergusondurham.com

Michael J. Grygiel (*pro hac vice*)
Daniela Del Rosario Wertheimer (*pro hac vice*)
CORNELL LAW SCHOOL FIRST
AMENDMENT CLINIC
Myron Taylor Hall
Ithaca, NY 14853
Tel.: (607) 255-8518
mjg395@cornell.edu
ddw83@cornell.edu

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

**PENGUIN RANDOM HOUSE LLC**; **HACHETTE BOOK GROUP, INC.**; **HARPERCOLLINS PUBLISHERS LLC**; **MACMILLAN PUBLISHING GROUP, LLC**; **SIMON & SCHUSTER, LLC**; **SOURCEBOOKS LLC**; **THE AUTHORS GUILD**; **MALINDA LO**; **DAVID LEVITHAN**; **DASHKA SLATER**; **THE DONNELLY PUBLIC LIBRARY DISTRICT**; **CHRISTIE NICHOLS**; **OLIVIA LANZARA**; **J.E.**, by and through his mother and next friend Barbara Ersland; **BARBARA ERSLAND**; and **MELISA CULL**,

Plaintiffs,

v.

**RAÚL LABRADOR**, in his official capacity as Attorney General of the State of Idaho; **JAN BENNETTS**, in her official capacity as Ada County Prosecuting Attorney; **JUSTIN**

Case No. 1:25-cv-00061-AKB

**PLAINTIFFS' NOTICE OF APPEAL**

**COLEMAN**, in his official capacity as Nez Perce County Prosecuting Attorney; **BRIAN NAUGLE**, in his official capacity as Valley County Prosecuting Attorney; **JOHN OR JANE DOE**; and **THE EAGLE PUBLIC LIBRARY BOARD OF TRUSTEES,** a department of the **CITY OF EAGLE**,

Defendants.

Notice is given that Plaintiffs Penguin Random house LLC, Hachette Book Group, Inc., Harper Collins Publishers LLC, MacMillan Publishing group, LLC, Simon & Schuster, LLC, Sourcebooks LLC, The Authors Guild, Malinda Lo, David Levithan, Dashka Slater, The Donnelly Public Library District, Christie Nichols, Olivia Lanzara, J.E., by and through his mother and next friend Barbara Ersland, Barbara Ersland, and Melisa Cull (collectively, "Plaintiffs") hereby appeal the order staying the instant case pending the appeal in *Northwest Association of Independent Schools*, Case No. 25-2491, entered by the district court on July 22, 2025, (Dkt. 64). Pursuant to Circuit Rule 3-2, a Representation Statement is attached to this notice.[1]

[1] Plaintiffs note that they intend to file a motion in the Ninth Circuit requesting that this appeal be designated as a Rule 3-3 preliminary injunction appeal or, in the alternative, requesting expedited briefing and hearing of this appeal.

Respectfully submitted on this 21st day of August, 2025.

By: /s/Craig H. Durham

Craig H. Durham
Deborah A. Ferguson
FERGUSON DURHAM, PLLC

Michael J. Grygiel
Daniela del Rosario Wertheimer
CORNELL LAW SCHOOL FIRST AMENDMENT CLINIC

*Attorneys for Plaintiffs*

Deborah A. Ferguson, Bar No. 5333
Craig H. Durham, Bar No. 6428
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, ID 83702
Tel.: (208) 484-2253
daf@fergusondurham.com
chd@fergusondurham.com

Michael J. Grygiel (*pro hac vice*)
Daniela Del Rosario Wertheimer (*pro hac vice*)
CORNELL LAW SCHOOL FIRST
AMENDMENT CLINIC
Myron Taylor Hall
Ithaca, NY 14853
Tel.: (607) 255-8518
mjg395@cornell.edu
ddw83@cornell.edu

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

**PENGUIN RANDOM HOUSE LLC**; **HACHETTE BOOK GROUP, INC.**; **HARPERCOLLINS PUBLISHERS LLC**; **MACMILLAN PUBLISHING GROUP, LLC**; **SIMON & SCHUSTER, LLC**; **SOURCEBOOKS LLC**; **THE AUTHORS GUILD**; **MALINDA LO**; **DAVID LEVITHAN**; **DASHKA SLATER**; **THE DONNELLY PUBLIC LIBRARY DISTRICT**; **CHRISTIE NICHOLS**; **OLIVIA LANZARA**; **J.E.**, by and through his mother and next friend Barbara Ersland; **BARBARA ERSLAND**; and **MELISA CULL**,

Plaintiffs,

v.

**RAÚL LABRADOR**, in his official capacity as Attorney General of the State of Idaho; **JAN BENNETTS**, in her official capacity as Ada County Prosecuting Attorney; **JUSTIN**

Case No. 1:25-cv-00061-AKB

**PLAINTIFFS' REPRESENTATION STATEMENT**

**COLEMAN**, in his official capacity as Nez Perce County Prosecuting Attorney; **BRIAN NAUGLE**, in his official capacity as Valley County Prosecuting Attorney; **JOHN OR JANE DOE**; and **THE EAGLE PUBLIC LIBRARY BOARD OF TRUSTEES,** a department of the **CITY OF EAGLE**,

Defendants.

Plaintiffs Penguin Random house LLC, Hachette Book Group, Inc., Harper Collins Publishers LLC, MacMillan Publishing group, LLC, Simon & Schuster, LLC, Sourcebooks LLC, The Authors Guild, Malinda Lo, David Levithan, Dashka Slater, The Donnelly Public Library District, Christie Nichols, Olivia Lanzara, J.E., by and through his mother and next friend Barbara Ersland, Barbara Ersland, and Melisa Cull (collectively, "Plaintiffs"), submit this Representation Statement pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2, identifying all parties to this action and the name, address, telephone number, and email of their counsel.

**SERVICE LIST**

- For Plaintiffs PENGUIN RANDOM HOUSE LLC, HACHETTE BOOK GROUP, INC., HARPER COLLINS PUBLISHERS LLC, MACMILLAN PUBLISHING GROUP, LLC, SIMON & SCHUSTER, LLC, SOURCEBOOKS LLC, THE AUTHORS GUILD, MALINDA LO, DAVID LEVITHAN, DASHKA SLATER, THE DONNELLY PUBLIC LIBRARY DISTRICT, CHRISTIE NICHOLS, OLIVIA LANZARA, J.E., by and through his mother and next friend Barbara Ersland, BARBARA ERSLAND, and MELISA CULL:

Deborah A. Ferguson
Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street Suite 325
Boise, ID 83702
(208) 484-2253
daf@fergusondurham.com
chd@fergusondurham.com

Michael J. Grygiel
Daniela Del Rosario Wertheimer
CORNELL LAW SCHOOL FIRST AMENDMENT CLINIC
Myron Taylor Hall
Ithaca, NY 14853
(518) 689-1400
mjg395@cornell.edu
ddw83@cornell.edu

- For Defendant RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho:

Aaron Michael Green
James Edward Monroe Craig
Megan Claire Anderson
Alan Hurst
Michael Zarian
IDAHO OFFICE OF THE ATTORNEY GENERAL
Civil Litigation and Constitutional Defense
700 W. Jefferson St.
Suite 300
Boise, ID 83720
(208) 332-3553
Aaron.Green@ag.idaho.gov
James.Craig@ag.idaho.gov
Megan.Anderson@ag.idaho.gov
Michael.Zarian@ag.idaho.gov
Alan.Hurst@ag.idaho.gov

- For Defendant JAN BENNETTS, in her official capacity as Ada County Prosecuting Attorney:

Dayton Patrick Reed
ADA COUNTY PROSECUTOR'S OFFICE
Civil Division
200 W. Front Street
Room 3191 83702
Boise, ID 83720
(208) 287-7700
Dreed@adacounty.id.gov

- For Defendant JUSTIN COLEMAN, in his official capacity as Nez Perce County Prosecuting Attorney:

Bentley G. Stromberg
CLEMENTS BROWN AND MCNICHOLS, P.A.
321 13th St.

P.O. Box 1510
Lewiston, ID 83501
(208) 743-6538
Bstromberg@clbrmc.com

- For Defendant BRIAN NAUGLE, in his official capacity as Valley County Prosecuting Attorney:

  Brian James Oakey
  VALLEY COUNTY PROSECUTOR'S OFFICE
  219 N. Main Street
  P.O. Box 1350
  Cascade, ID 83611
  (208) 382-7120
  valleypa@co.valley.id.us

- For Defendant JOHN OR JANE DOE:

  No Counsel Appearing

- For Defendant THE EAGLE PUBLIC LIBRARY BOARD OF TRUSTEES, a department of the CITY OF EAGLE:

  Victor S. Villegas
  LAKEY VILLEGAS LAW AND POLICY
  141 E. Carlton Ave
  Meridian, ID 83642
  (208) 908-4415
  Victor@lvlawidaho.com

Respectfully submitted on this 21st day of August, 2025.

By:/s/Craig H. Durham

Craig H. Durham
Deborah A. Ferguson
FERGUSON DURHAM, PLLC

Michael J. Grygiel
Daniela del Rosario Wertheimer
CORNELL LAW SCHOOL FIRST AMENDMENT CLINIC

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I CERTIFY that on 21st day of August, 2025, I filed Plaintiffs' Notice of Appeal and attached Representation Statement electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Aaron.Green@ag.idaho.gov
James.Craig@ag.idaho.gov
Megan.Anderson@ag.idaho.gov
Dreed@adacounty.id.gov
Bstromberg@clbrmc.com
valleypa@co.valley.id.us
Victor@lvlawidaho.com

*Attorneys for Defendants*

/s/ Craig H. Durham_____
**Ferguson Durham PLLC**