UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PENGUIN RANDOM HOUSE LLC; HACHETTE BOOK GROUP, INC.; HARPER COLLINS PUBLISHERS LLC; MACMILLAN PUBLISHING GROUP, LLC; SIMON & SCHUSTER, LLC; SOURCEBOOKS LLC; THE AUTHORS GUILD; MALINDA LO; DAVID LEVITHAN; DASHKA SLATER; THE DONNELLY PUBLIC LIBRARY DISTRICT; CHRISTIE NICHOLS; OLIVIALANZARA; J.E., by and through his mother and next friend Barbara Ersland; BARBARA ERSLAND; and MELISA CULL,<br><br>    Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; JAN BENNETTS, in her official capacity as Ada County Prosecuting Attorney; JUSTIN COLEMAN, in his official capacity as Nez Perce County Prosecuting Attorney; BRIAN NAUGLE, in his official capacity as Valley County Prosecuting Attorney; JOHN OR JANE DOE; and THE EAGLE PUBLIC LIBRARY BOARD OF TRUSTEES, a department of the CITY OF EAGLE,<br><br>    Defendants. | Case No. 1:25-cv-00061-AKB<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Rule 42 of the Federal Rules of Civil Procedure, where "actions before the court involve a common question of law or fact," the court may "consolidate the actions" or "issue any other orders to avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a)(2). "Because consolidation is within the broad discretion of the district court, trial courts may consolidate cases

**ORDER TO SHOW CAUSE - 1**

*sua sponte*" when the "cases involve[] common issues of law as well as fact." *In re Adams Apple, Inc.*, 829 F.2d 1484, 1487 (9th Cir. 1987) (citation modified).

The claims in this case appear substantially related to the claims in *Northwest Association of Independent Schools, et al. v. Labrador, et al.*, 1:24-cv-00335-AKB, which involves an identical legal challenge as the instant case. Accordingly, the parties in the above-captioned cases are **ORDERED TO SHOW CAUSE** as to why this case should not be consolidated with Case No. 1:24-cv-00335-AKB. The parties shall file simultaneous briefing on or before **March 2, 2026**, not to exceed **ten (10) pages**.

DATED: February 19, 2026

Amanda K. Brailsford
U.S. District Court Judge

ORDER TO SHOW CAUSE - 2