Bentley G. Stromberg
bstromberg@clbrmc.com
CLEMENTS, BROWN & McNICHOLS, P.A.
Attorneys at Law
321 13th Street
Post Office Box 1510
Lewiston, Idaho 83501
(208) 743-6538
(208) 746-0753 (Facsimile)
ISB No. 3737

*Attorneys for Defendant Justin Coleman*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PENGUIN RANDOM HOUSE LLC; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS LLC; MACMILLAN PUBLISHING GROUP, LLC; SIMON & SCHUSTER, LLC; SOURCEBOOKS LLC; THE AUTHORS GUILD; MALINDA LO; DAVID LEVITHAN; DASHKA SLATER; THE DONNELLY PUBLIC LIBRARY DISTRICT; CHRISTIE NICHOLS; OLIVIA LANZARA; J.E., by and through his mother and next friend Barbara Ersland; BARBARA ERSLAND; and MELISA CULL,<br><br>               Plaintiffs,<br><br>v.<br><br>RAUL LABRADOR, in his official capacity as Attorney General of the State of Idaho; JAN BENNETTS, in her official capacity as Ada County Prosecuting Attorney; JUSTIN COLEMAN, in his official capacity as Nez Perce County Prosecuting Attorney; BRIAN NAUGLE, in his official capacity as Valley | Case No. 1:25-cv-00061-DCN<br><br>COLEMAN'S RESPONSE TO ORDER TO SHOW CAUSE |

COLEMAN'S RESPONSE TO
ORDER TO SHOW CAUSE      - 1 -

| | |
|---|---|
| County Prosecuting Attorney; JOHN OR JANE DOE; and THE EAGLE PUBLIC LIBRARY BOARD OF TRUSTEES, a department of the CITY OF EAGLE, | ) ) ) ) ) |
| Defendants. | ) |

In response to the Court's Order to Show Cause (Dkt. 58), Defendant, Nez Perce County Prosecutor Justin Coleman ("Coleman") has no objection to consolidating this case with Case No. 1:24-cv-335-AKB.

DATED this 27th day of February, 2026.

                                       CLEMENTS, BROWN & McNICHOLS, P.A.

                                       By   /s/ Bentley G. Stromberg
                                              BENTLEY G. STROMBERG
                                              Attorney for Defendant Justin Coleman

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on the 27th day of February, 2026 I caused to be served a true and correct copy of foregoing by the methods indicated below, and addressed to the following:

| | |
|---|---|
| Deborah A. Ferguson<br>Craig Durham<br>FERGUSON DURHAM, PLLC<br>223 N. 6th Street, Suite 325<br>Boise, ID 83702<br>daf@fergusondurham.com<br>chd@fergusondurham.com<br>*Attorneys for Plaintiffs* | [X]  PACER<br>[ ]  U.S. MAIL<br>[ ]  ELECTRONIC MAIL<br>[ ]  FACSIMILE:<br>[ ]  HAND DELIVERED |
| Daniela Del Rosario Wertheimer<br>Cornell Law School First Amendment Clinic<br>Myron Taylor Hall<br>Ithaca, NY 14853<br>ddw83@cornell.edu<br>*Pro Hac Vice Attorney for Plaintiffs* | [X]  PACER<br>[ ]  U.S. MAIL<br>[ ]  ELECTRONIC MAIL<br>[ ]  FACSIMILE:<br>[ ]  HAND DELIVERED |
| Michael J. Grygiel<br>GREENBURG TRAURIG, LLP<br>54 State St., 6th Floor<br>Albany, NY 12207<br>grygielm@gtlaw.com<br>*Pro Hac Vice Attorney for Plaintiffs* | [X]  PACER<br>[ ]  U.S. MAIL<br>[ ]  ELECTRONIC MAIL<br>[ ]  FACSIMILE:<br>[ ]  HAND DELIVERED |
| Aaron Michael Green<br>James Edward Monroe Craig<br>Megan Claire Anderson<br>IDAHO OFFICE OF THE ATTORNEY GENERAL<br>Civil Litigation and Constitutional Defense<br>700 W. Jefferson St., Suite 300<br>Boise, ID 83720<br>aaron.green@ag.idaho.gov<br>james.craig@ag.idaho.gov<br>megan.anderson@ag.idaho.gov<br>*Attorney for Defendant Raul Labrador* | [X]  PACER<br>[ ]  U.S. MAIL<br>[ ]  ELECTRONIC MAIL<br>[ ]  FACSIMILE:<br>[ ]  HAND DELIVERED |

| | |
|---|---|
| Dayton Patrick Reed<br>ADA COUNTY PROSECUTOR'S OFFICE<br>Civil Division<br>200 W. Front Street, Room 3191<br>Boise, ID 83720<br>dreed@adacounty.id.gov<br>*Attorney for Defendant Jan Bennetts* | [X]   PACER<br>[ ]    U.S. MAIL<br>[ ]    ELECTRONIC MAIL<br>[ ]    FACSIMILE:<br>[ ]    HAND DELIVERED |
| Brian James Oakey<br>VALLEY COUNTY PROSECUTOR'S OFFICE<br>700 S. Main Street<br>Cascade, ID 83611<br>boakey@co.valley.id.us<br>*Attorney for Defendant Brian Naugle, Valley County Prosecuting Attorney* | [X]   PACER<br>[ ]    U.S. MAIL<br>[ ]    ELECTRONIC MAIL<br>[ ]    FACSIMILE:<br>[ ]    HAND DELIVERED |
| Victor S. Villegas<br>LAKEY VILLEGAS LAW AND POLICY<br>141 E. Carlton Avenue<br>Meridian, ID 83642<br>victor@lvlawidaho.com<br>*Attorney for The Eagle Public Library Board of Trustees, a department of the City of Eagle* | [X]   PACER<br>[ ]    U.S. MAIL<br>[ ]    ELECTRONIC MAIL<br>[ ]    FACSIMILE:<br>[ ]    HAND DELIVERED |

                                   /s/   Bentley G. Stromberg
                                      Bentley G. Stromberg