**BRIAN J. OAKEY**
Valley County Prosecuting Attorney

219 N. Main Street
PO Box 1350
Cascade, ID  83611
Telephone: (208) 382-7120
Fax:          (208) 382-7124
Idaho State Bar No. 6838
valleypa@co.valley.id.us

*Valley County Prosecuting Attorney Brian J. Oakey*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PENGUIN RANDOM HOUSE, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> RAUL LABRADOR, in his official capacity as ) <br> the Attorney General for the State of Idaho, *et al.*, ) <br> ) <br> Defendants. ) | **Case No. 1:25-cv-00061-AKB** <br><br> **VALLEY COUNTY PROSECUTING ATTORNEY BRIAN J. OAKEY'S RESPONSE TO ORDER TO SHOW CAUSE [DKT. 71]** |

In response to the Court's Order to Show Cause, dkt. 71, Valley County Prosecuting Attorney Brian J. Oakey has no objection to consolidating this case with Case No. 1:25-cv-335-AKB. However, Valley County persists in its request for this Court to issue rulings on the various pending motions to dismiss filed in this case, including *Valley County Prosecuting Attorney's Motion to Dismiss*, dkt. 29.

Additionally, Valley County is placing the parties on notice of a change in elected prosecutor. On October 1, 2025, Brian D. Naugle resigned his position as the Valley County Prosecuting Attorney. Brian J. Oakey was appointed to replace Mr. Naugle and currently serves as the Valley County Prosecuting Attorney. Pursuant to Federal Rule of Civil Procedure 25(d), Mr. Oakey should

be automatically substituted for Mr. Naugle in this litigation.

**Dated** this 2nd day of March, 2026.

                                            **Brian Oakey**
                                            Valley County Prosecuting Attorney

                                By: _____
                                            Brian J. Oakey
                                            Valley County Prosecuting Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of February, 2026, I served a true and correct copy of the foregoing *Valley County Prosecuting Attorney's* electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Deborah A. Ferguson
FERGUSON DURHAM, PLLC
223 N. 6th St., Ste. 325
Boise, Idaho 83702
daf@fergusondurham.com

Michael J. Grygiel
Daniela del Rosario Wertheimer
Cornell Law School First Amendment Clinic
Myron Taylor Hall
Ithaca, New York 14853
mjg395@cornell.edu
ddw83@cornell.edu

James E.M. Craig
Aaron M. Green
Megan Anderson
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 83720
Boise, Idaho 83720-0010
james.craig@ag.idaho.gov
aaron.green@ag.idaho.gov
megan.anderson@ag.idaho.gov

Dayton P. Reed
Ada County Deputy Prosecuting Attorney
Civil Division
200 W. Front Street, Room 3191
Boise, Idaho 83702
civilpafiles@adacounty.id.gov

Bentley G. Stromberg
321 13th Street
P.O. Box 1510
Lewiston, Idaho 83501
bstromberg@clbrmc.com

Victor Vilegas
Lakey Villegas Law and Policy
141 East Carlton Ave.
Meridian, Idaho 83642
victor@LVLawIdaho.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated below:

N/A

By /s/ Hannah Robertson
Hannah Robertson
Valley County Prosecutor's Office