RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

AARON M. GREEN, ISB #12397
MEGAN ANDERSON, ISB #10094
Deputy Attorneys General
Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
aaron.green@ag.idaho.gov
megan.anderson@ag.idaho.gov

*Attorney for Defendant Raúl Labrador*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PENGUIN RANDOM HOUSE LLC, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-00061-AKB<br><br>**DEFENDANT RAÚL LABRADOR'S RESPONSE TO ORDER TO SHOW CAUSE [DKT. 71]** |

**RESPONSE TO ORDER TO SHOW CAUSE**

This Court ordered the Attorney General to respond to the Court's Order to Show Cause as to why this action should not be consolidated with *Northwest Ass'n of Indep. Schs. v. Labrador*, 1:24-cv-00335-AKB. The Court should decline to consolidate the cases due to pending legislation and pending motion practice.

Courts may consolidate cases that contain "common issues of law as well as fact." Dkt. 71 (quoting *In re Adams Apple, Inc.*, 829 F.2d 1484, 1487 (9th Cir. 1987)). In this case however, it is very possible that the law at issue will change materially in a way that places the two cases on differing terrain. On Friday, February 27, 2026, House Bill 796 was introduced in the Idaho Legislature and referred for printing. The bill, if passed, will amend the statutes challenged by Plaintiffs in this case: Idaho Code § 18-1514 and Idaho Code § 18-1517B.

House Bill 796 will, if passed, change the responsibilities imposed on government speakers compared to non-government speakers. If passed, it will remove, for example, the serious value provision as to public schools and public libraries and change the contours of proscribed material that should not be provided to minors in a public school or public library. By contrast, as applied to private schools, the bill would retain the test from *Miller*, applied to minors, while removing the "context clause" that the Ninth Circuit found objectionable. *See Nw. Ass'n of Indep. Schs. v. Labrador*, ___ F.4th ___, No. 25-2491, 2026 WL 395450, at *11 (9th Cir. Feb. 12, 2026). This will place the *Penguin* litigants, on their own theory, on different grounds than the *Northwest* litigants, as the law will subject public schools and public libraries to different legal standards than private schools. As a result, the two cases will no longer share a common question of law. And since the cases already lack a common question of fact, consolidation would not be appropriate.

Regardless of whether House Bill 796 passes or fails, the Court should rule first on the pending questions of standing and government speech doctrine before contemplating

consolidation. The Attorney General raised these issues in his motion to dismiss and response to motion for preliminary injunction (Dkts. 36-1, 41, 53) and believes these are dispositive of Plaintiffs' complaint in this case. The Court should resolve these issues in the first instance before determining whether what's left of this case should be consolidated with *Northwest*.

## CONCLUSION

For the foregoing reasons, the Attorney General requests that the Court decline to consolidate this case with Case No. 1:24-cv-00335 given the pending amendment of the two statutes at issue and resolution of the pending motions to dismiss.

DATED: March 2, 2026.

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

/s/ *Aaron M. Green*
AARON M. GREEN
Deputy Attorney General

*Attorney for Defendant Raúl Labrador*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on March 2, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Deborah A. Ferguson
daf@fergusondurham.com

Craig Durham
chd@fergusondurham.com

Michael J. Grygiel*
mjg395@cornell.edu

Daniela Del Rosario Wertheimer*
ddw83@cornell.edu

*Attorneys for Plaintiffs*
*\* Pro hac vice*

Victor Villegas
victor@lvlawidaho.com
*Attorney for the City of Eagle and The Eagle Public Library Board*

Brian Oakey
boakey@co.valley.id.us
*Valley County Prosecuting Attorney*

Dayton Reed
dreed@adacounty.id.gov
*Attorney for Jan Bennetts, Ada County Prosecuting Attorney*

Bentley Stromberg
bstromberg@clbrmc.com
*Attorney for Justin Coleman, Nez Perce County Prosecuting Attorney*

/s/ *Aaron M. Green*
AARON M. GREEN