UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

APR 3 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PENGUIN RANDOM HOUSE, LLC; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> RAUL LABRADOR, in his official capacity as Attorney General of the State of Idaho; et al., <br><br> Defendants - Appellees. | No. 25-5361 <br><br> D.C. No. 1:25-cv-00061-AKB <br> District of Idaho, <br> Boise <br><br> ORDER |

Plaintiffs-Appellants' unopposed motion to voluntarily dismiss this appeal is

GRANTED (Dkt. No. 47).  This case is removed from the April 14, 2026,

Portland, Oregon calendar.

The filing of this order shall serve as the court's mandate.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT